[No. 45278-9-I. Division One. February 26, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY MARLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-01816-4, Charles W. Mertel, J., entered August 30, 1999. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 45683-1-I. Division One. February 26, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CORNELIUS SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-06823-4, Sharon S. Armstrong, J., entered November 22, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45695-4-I. Division One. February 26, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. LISA THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, 99-1-02075-4, Richard M. Ishikawa, J., entered November 10, 1999. *Reversed* by unpublished per curiam opinion.

[No. 45726-8-I. Division One. February 26, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGELIO VASQUEZ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 98-1-00160-8, Vickie I. Churchill, J., entered October 19, 1999. *Affirmed* by unpublished per curiam opinion.